*Arnold* and *David C. Arnold* for petitioners. *Mr. Henry Moore, Jr.*, for respondents.

No. 30. THE CONSOLIDATED FLOUR MILLS CO. *v.* MUEGGE ET AL. ▇▇▇▇▇▇▇▇▇▇
Argued October 12, 1928. Decided October 15, 1928. *Per Curiam:* Reversed on the authority of *Wuchter* v. *Pizzutti*, 276 U. S. 13. *Messrs. Edward F. Colladay* and *John R. Beeching* for plaintiff in error. *Messrs. Lucas P. Loving* and *L. L. Hamner* for defendants in error.

No. 253. OYSTER ET AL. *v.* PUBLIC UTILITIES COMM'N. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ October 15, 1928. *Per Curiam:* The writ of error is dismissed on the authority of § 237 of the Judicial Code, as amended by the act of February 13, 1925 (43 Stat. 936, 937), for lack of jurisdiction. Treating the writ of error as an application for certiorari, the same is denied. *Mr. John W. Bricker* for plaintiffs in error. No appearance for defendant in error.

No. 274. MACKAY *v.* OHIO. ▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇ October 15, 1928. *Per Curiam:* The writ of error is dismissed on the authority of § 237 of the Judicial Code, as amended by the act of February 13, 1925 (43 Stat. 936, 937), for lack of jurisdiction. Treating the writ of error as an application for certiorari, the same is denied. The mandate of the Court is directed to issue forthwith. *Messrs. Robert T. Scott* and *Frank Davis, Jr.*, for plaintiff in error. No appearance for defendant in error.

No. 279. BOHNEFELD *v.* SECURITY NATIONAL BANK. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ October 15, 1928. *Per Curiam:* The writ